**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-16932-BP |
| | : | Chapter 7; Judge PERLMAN |
| DARNELL, AARON WAYNE | : | SSN:    XXX-XX-5690 |
| DARNELL, TONYA N. | : | XXX-XX-7754 |
| Debtor. | : | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1.96 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Us Bankruptcy Court | 000006 | 1.96 |
| 221 E. 4th St. # 800atrm2 | | |
| Cincinnati, Ohio 45202 | | |

| Total Unclaimed/Small Dividends $5.00 or Under | Total Unclaimed Dividends Over $5.00 |
|---|---|
| $1.96 | $0.00 |

Dated: 1/29/10

/s/ David W. Kuhn

DAVID W. KUHN, Case Trustee

cc:   United States Trustee